# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO 18-06035 BKT |
| CARMEN SOCORRO RIVERA GUZMAN | |
| | CH 13 |
| DEBTOR | |

## MOTION REQUESTING RECONSIDERATION TO ALTER OR AMEND ORDER DATED MAY 15, 2019 DOCKET ENTRY # 58

**TO THE HONORABLE COURT:**

**COMES NOW** Secured creditor, Jose a Mendez Albarran and wife through the undersigned attorney and very respectfully states and prays as follows:

1. This Honorable Court entered an order granting Debtor's opposition to creditors' Jose Mendez Albarran motion for leave to file late claim. See Docket entry # 58.

2. Creditor requests the reconsideration to alter or amend the order dated May 15, 2019 for the following reasons:

   a) Mr. Jose Mendez Albarran, secured creditor herein is a normal citizen and a person who is not an expert in the Bankruptcy Law. It must be taken into consideration that the Bankruptcy Law has changed significantly during the last 20 years, specifically the proceedings.

   b) Debtor basically states that creditor does not have any remedy under the law and that he is not a neophyte as back in 1999 he was a party in a Bankruptcy case. It is totally unreasonable to assume and or conclude that this past participation made Mr Mendez an expert in Bankruptcy in 2018, and considering he is a simple person and not a lawyer.

   c) In the instant case, creditor alleged excusable neglect as this person does not know the English language and was unaware of the bar date. Not that he failed to read the notice as stated by Debtor. Those are too different things. It is well known that the notice sent by the court is quite complicated for the general public and specifically

1

for those who does not understand English.

d) Debtor's reasoning goes to the extreme stating that Mr. Mendez Albarran would have to show that he is an infant or incompetent as required by Rulle3000(c)(2) and that the lack of knowledge is not excusable neglect.

e) Late claim filings is still an issue which has had different opinions in the courts, and although the case cited by Debtor, In re Heyden, 570 B.R.489,492-93 (Bankr. W.D. Pa. 2017) states the court lacks the power to enlarge the time for filing claims, there are other courts which understand the Court still and always will have the power to exercise their equitable powers to make justice. After all, that is the main purpose of the equitable powers of the court.

f) The Court should note that the amended to Rule 3002(a) effective on December 1, 2017 requiring that secured claims holders must also file a claim changed completely the proceedings regarding the filing of claims. Many secured creditors including big and prestigious banks have had to pass the learning curve of the new rule during all this past year of 2018. So, to pretend that a simple citizen, who does not understand English and is not knowable of the complex Bankruptcy Law and Rules would be deprived of his right to participate in this proceeding.

g) This Honorable Court should consider when applying the equitable powers, all the circumstances in the filing of this petition, as the original intention of Debtor was to pay Mr. Jose Mendez Albarran the amount owed to him in lieu of having paid in full the mortgage to Doral Mortgage in the amount of $48,496.64 and having Doral handled him the mortgage notes. Please note that Mr Jose Mendez Albarran is the only secured creditor in the instant case in the amount of $48,000.00 plus legal interest. Please refer to Schedule D.

h) The only two unsecured claims who filed in this case total the amount of $1,760.31. See Claims Docket attached herein and identified as Exhibit I.

I) The allowance of the filing of the claim by secured creditor would be a just and reasonable decision based on the equitable powers of this Court that would prevent the continuous and unfair treatment in this case for more than 10 years.

j) Debtor's attorney fees as of May 8,2019 total the amount of $5,210.00 plus expenses.

2

k) The Court should note also that there is pending the Motion to Avoid Lien and its reply.

**WHEREFORE,** It is very respectfully requests from this Honorable Court and based on its equitable powers to reconsider the order dated May 15, 2019 and thus to enter an order altering or vacating said order and to permit secured creditor Jose Mendez Albarran to file a Proof of claim in order to prevent further unjust treatment and damages to this creditor and mainly to prevent an unjust enrichment to this Debtor who has the capacity of paying this claim pursuant the schedules filed.

## NOTICE

Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the clerk=s office of the United States Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the court, the interest of justice requires otherwise.

Respectfully submitted.

In San Juan, Puerto Rico, this 18th day of June of 2019.

**CERTIFICATE OF SERVICE**: I hereby certify that on this date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification to the following: US Trustee's Office, **Monsita Lecaroz Arribas Esq.**, the Chapter 13 Trustee, **Alejandro Oliveras Rivera Esq.,** Debtor's legal representation, Legal Partners, P.S.C. Box 316 Señorial Station, San Juan PR 00926-6013, c/o **Juan M Suarez Cobo, Esq**. and I hereby certify that I have mailed by First Class Mail copy of this motion to **Carmen Socorro Rivera**, Debtor, Urb Villa Fontana, 4VN-2 Via 40, Carolina, PR 00983, and to all creditors and parties in interest as per master address list.

*/s/ MADELEINE LLOVET OTERO*
**MADELEINE LLOVET OTERO, ESQ.**
ATTORNEY FOR SECURED CREDITOR
JOSE MENDEZ ALBARRAN
USDC-PR 203907
PO BOX 9020574
SAN JUAN, PR 00902
TELS.(787)399-5804
mllovlaw@yahoo.com

# District of Puerto Rico
# Claims Register

### 18-06035-BKT13 CARMEN SOCORRO RIVERA

**Bankruptcy Judge:** BRIAN K. TESTER  
**Office:** Old San Juan  
**Trustee:** ALEJANDRO OLIVERAS RIVERA  

**Chapter:** 13  
**Last Date to file claims:**  
**Last Date to file (Govt):** 04/15/2019

| Creditor: (4647269) BANCO POPULAR DE PUERTO RICO BANKRUPTCY DEPARTMENT PO BOX 366818 SAN JUAN PR 00936-6818 | **Claim No: 1** Original Filed Date: 10/26/2018 Original Entered Date: 10/26/2018 | Status: Filed by: CR Entered by: IRIS M CORREA CRUZ Modified: |
|---|---|---|
| Amount claimed: $163.45 | | |
| History: | | |
| Details  1-1  10/26/2018 | Claim #1 filed by BANCO POPULAR DE PUERTO RICO, Amount claimed: $163.45 (CORREA CRUZ, IRIS) | |
| Description: (1-1) ACCESO POPULAR CK 0012 | | |
| Remarks: | | |

| Creditor: (4647269) BANCO POPULAR DE PUERTO RICO BANKRUPTCY DEPARTMENT PO BOX 366818 SAN JUAN PR 00936-6818 | **Claim No: 2** Original Filed Date: 10/26/2018 Original Entered Date: 10/26/2018 | Status: Filed by: CR Entered by: IRIS M CORREA CRUZ Modified: |
|---|---|---|
| Amount claimed: $1,596.86 | | |
| History: | | |
| Details  2-1  10/26/2018 | Claim #2 filed by BANCO POPULAR DE PUERTO RICO, Amount claimed: $1596.86 (CORREA CRUZ, IRIS) | |
| Description: (2-1) PERSONAL LOAN 0001 | | |
| Remarks: | | |

## Claims Register Summary

**Case Name:** CARMEN SOCORRO RIVERA  
**Case Number:** 18-06035-BKT13  
**Chapter:** 13

Date Filed: 10/16/2018

**Total Number Of Claims: 2**

| Total Amount Claimed* | $1,760.31 |
|---|---|
| Total Amount Allowed* | |

*Includes general unsecured claims

The values are reflective of the data entered. Always refer to claim documents for actual amounts.

| | Claimed | Allowed |
|---|---|---|
| Secured | | |
| Priority | | |
| Administrative | | |
| Unassigned (unsecured) | $1,760.31 | $0.00 |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/17/2019 23:54:18 | | | |
| PACER Login: | [redacted] | Client Code: | |
| Description: | Claims Register | Search Criteria: | 18-06035-BKT13 Filed or Entered From: 1/1/1990 Filed or Entered To: 1/2/2020 |
| Billable Pages: | 1 | Cost: | 0.10 |

```
Label Matrix for local noticing          US Bankruptcy Court District of P.R.      BANCO POPULAR DE PUERTO RICO
0104-3                                   Jose V Toledo Fed Bldg & US Courthouse    BANKRUPTCY DEPARTMENT
Case 18-06035-BKT13                      300 Recinto Sur Street, Room 109          PO BOX 366818
District of Puerto Rico                  San Juan, PR 00901-1964                   SAN JUAN PR 00936-6818
Old San Juan
Tue Jun 18 17:37:35 AST 2019

BANCO POPULAR DE PUERTO RICO             BUFETE RIVERA ORTIZ & ASOC               BUFETE RIVERA ORTIZ & ASOCIADOS
BANKRUPTCY DIVISION                      PLAZA ESCORIAL CINEMAS                   PLAZA ESCORIAL CINEMAS
PO BOX 366818                            LOCAL 5829 SUITE 207                     LOCAL 5829 SUITE 207
SAN JUAN PR 00936-6818                   CAROLINA PR 00987                        CAROLINA PR 00987-0000


FRANCISCO FERNANDEZ CHIQUES ESQ          ISLAND FINANCE LLC                       JOSE A CANDELARIO LAJARA ESQ
PO BOX 9749                              PO BOX 195369                            COND VICK CENTER SUITE D-407
SAN JUAN PR 00908-0749                   SAN JUAN PR 00919-5369                   867 AVE MUNOZ RIVERA
                                                                                  SAN JUAN PR 00925-2102


JOSE A CANDELARIO LAJARA ESQ             JOSE A RIVERA                            JOSE A. RIVERA GUZMAN
PO BOX 70250 SUITE 306                   8338 DAVIS STREET                        8338 DAVIS STREET
SAN JUAN PR 00936-8250                   DOWNEY CA 90241-4919                     DOWNEY CA 90241-4919


JOSE MENDEZ ALBARRAN                     JOSE MENDEZ ALBARRAN                     JUAN A RIVERA
JOSE A CANDELARIO LAJARA ESQ             PO BOX 30537                             URB VILLA FONTANA
PO BOX 70250                             SAN JUAN PR 00929-1537                   4VN 2 VIA 40
SUITE 306                                                                         CAROLINA PR 00983-4750
SAN JUANPR 00936-8250


JUAN A RIVERA GUZMAN                     PRAMCO II LLC                            ROSA NELLY PLAZA ACEVEDO ESQ
URB. VILLA FONTANA                       PO BOX 70194                             PLAZA ESCORIAL CINEMAS
4VN-2 VIA 40                             SAN JUAN PR 00936-8194                   LOCAL 5829 SUITE 207
CAROLINA PR 00983-4750                                                            CAROLINA PR 00987-0000


ROSA NELLY PLAZA ESQ                     SYNCHRONY BANK-WAL-MART                  ALEJANDRO OLIVERAS RIVERA
BUFETE RIVERA ORTIZ & ASOC               BANKRUPTCY DEPARTMENT                    ALEJANDRO OLIVERAS CHAPTER 13 TRUS
PLAZA ESCORIAL CINEMAS                   PO BOX 965060                            PO BOX 9024062
LOCAL 5829 SUITE 207                     ORLANDO FL 32896-5060                    SAN JUAN, PR 00902-4062
CAROLINA PR 00987


CARMEN SOCORRO RIVERA                    JOSE A. MENDEZ ALBARRAN                  JUAN MANUEL SUAREZ COBO
URB VILLA FONTANA                        PO BOX 9020574                           LEGAL PARTNERS PSC
4VN 2 VIA 40                             SAN JUAN, PR 00902-0574                  138 WINSTON CHURCHILL AVE
CAROLINA, PR 00983-4750                                                           PMB 316
                                                                                  SAN JUAN, PR 00926-6013


MONSITA LECAROZ ARRIBAS                  End of Label Matrix
OFFICE OF THE US TRUSTEE (UST)           Mailable recipients    24
OCHOA BUILDING                           Bypassed recipients     0
500 TANCA STREET SUITE 301               Total                  24
SAN JUAN, PR 00901
```